Semnar & Hartman, LLP
Babak Semnar, Esq. (#224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (#254860)
jared@sandiegoconsumerattorneys.com
400 S. Melrose Drive, Suite 209
Vista, California 92081
Telephone: (951) 293-4187
Fax: (888) 819-8230

Attorneys for Plaintiff,
ZOHREH MOKHTARI

E-FILED 3/14/16

NOTE CHANGES MADE BY THE COURT

# U.S. DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHREH MOKHTARI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE FINANCIAL GROUP, LLC; UNITED PORTFOLIO SERVICING LLC, and DOES 1-10;<br><br>Defendant. | Case No.: 2:16-cv-00186-PSG-PJW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE PENDING DATES, DEADLINES, AND HEARINGS**; ORDER |

PLEASE TAKE NOTICE that the parties herein, Plaintiff ZOHREH MOKHTARI ("Plaintiff") and Defendants ORACLE FINANCIAL GROUP, LLC and UNITED PORTFOLIO SERVICING LLC ("Defendants") have reached a settlement of this matter in full, to include all claims and allegations.

The Parties anticipate that the terms of settlement will be executed in full within 75 days from this date. Once the terms of settlement have been executed in full, Plaintiff will file a request for dismissal of the entire matter, with prejudice, pursuant to

1
**Notice of Settlement**

1 | Rule 41(a), as no Defendant has filed an Answer nor a Motion for Summary Judgment.

2 |     Therefore, Plaintiff requests that all pending dates, deadlines, and hearings be
3 | vacated and that this matter be removed from the Court's active trial calendar, but with
4 | jurisdiction being reserved for a period of 75 days for the Court to enforce the
5 | settlement if needed.

6 |                             SEMNAR & HARTMAN, LLP

7 | DATED: 3/10/2016               /s/ Jared Hartman, Esq.
                                      Jared Hartman, Esq.
8 |                             Attorneys for Plaintiff,
                                      ZOHREH MOKHTARI

**IT IS SO ORDERED.**

DATED: 3/14/16

_____
**U.S. DISTRICT JUDGE**

**PROOF OF SERVICE**

| Zohreh Mokhtari v. Oracle Financial Group, LLC et al. | **Case No.:** 2:16-cv-00186-PSG-PJW |
|---|---|

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope. **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES, DEADLINES, HEARINGS** was served on:

| Christopher D Holt<br>Klinedinst PC<br>5 Hutton Center Drive Suite 1000<br>Santa Ana, CA 92707-5756<br>Attorneys for Defendants | |
|---|---|

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 3-10-16                    */s/ Jared M. Hartman*
                                  Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**