1  Semnar & Hartman, LLP
   Babak Semnar, Esq. (#224890)
2  bob@sandiegoconsumerattorneys.com
   Jared M. Hartman (#254860)
3  jared@sandiegoconsumerattorneys.com
   400 S. Melrose Drive, Suite 209
4  Vista, California 92081
   Telephone: (951) 293-4187
5  Fax: (888) 819-8230

6  Attorneys for Plaintiff,
   ZOHREH MOKHTARI

7  **U.S. DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA**

8

9  ZOHREH MOKHTARI, an individual           Case No.: 2:16-cv-00186-PSG-PJW

            Plaintiff,                       **PLAINTIFF'S NOTICE OF
10                                           VOLUNTARY DISMISSAL OF
                                             ENTIRE ACTION, WITH
11     v.                                    PREJUDICE, PURSUANT TO
                                             RULE 41**
12  ORACLE FINANCIAL GROUP, LLC;
    UNITED PORTFOLIO SERVICING
13  LLC, and DOES 1-10;

14          Defendant.

15        PLEASE TAKE NOTICE that Plaintiff ZOHREH MOKHTARI ("Plaintiff")

16  seeks unilateral dismissal of this entire matter, with prejudice, pursuant to Rule 41(a) of

17  the Federal Rules of Civil Procedure, as no Defendant has filed an Answer nor a Motion

18  for Summary Judgment.

19  ///

20  ///

21  ///

1    Therefore, Plaintiff requests that be dismissed in its entirety, with prejudice.

2                                       SEMNAR & HARTMAN, LLP

3    DATED: 04/29/2016                  /s/ Jared Hartman, Esq.
                                        Jared Hartman, Esq.
4                                       Attorneys for Plaintiff,
                                         ZOHREH MOKHTARI

**PROOF OF SERVICE**

| Zohreh Mokhtari v. Oracle Financial Group, LLC et al. | **Case No.:** 2:16-cv-00186-PSG-PJW |
|---|---|

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope. **PLAINTIFF'S VOLUNTARY DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** was served on:

Christopher D Holt
Klinedinst PC
5 Hutton Center Drive Suite 1000
Santa Ana, CA 92707-5756
Attorneys for Defendants

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 4-29-16                          */s/ Jared M. Hartman*
                                        Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**